RICHARD W. KUHLING, WSBA NO. 7927
GREGORY C. HESLER, WSBA NO. 34217
PAINE HAMBLEN LLP                              The Honorable Lonny R. Suko
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201-3505
Telephone:  (509) 455-6000
Facsimile:  (509) 838-0007
richard.kuhling@painehamblen.com
greg.hesler@painehamblen.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use of, SPECIALTY CONTRACTORS, INC., D/B/A SPECIALTY ENVIRONMENTAL, an Idaho corporation,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>PACIFIC TECH CONSTRUCTION, INC., a Washington corporation; and WESTERN SURETY COMPANY, a South Dakota corporation,<br><br>　　　　　Defendants. | No.  CV-09-285-LRS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

On hearing the Parties' Stipulated Motion for Dismissal With Prejudice, Ct. Rec. 20, and the Court being fully advised in the premises, it is

ORDERED that the above-entitled action is hereby dismissed with prejudice and without costs to any party.  The District Court Executive is directed to close the file.

DATED this   27th day of September, 2010.

*s/Lonny R. Suko*

The Honorable Lonny R. Suko
Chief U.S. District Court Judge

PRESENTED BY:

PAINE HAMBLEN LLP

By:   /s/ GREGORY C. HESLER
Richard W. Kuhling, WSBA No. 07927
Gregory C. Hesler, WSBA No. 34217
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201-3505
Telephone:  509-455-6000
Facsimile:  509-838-0007
richard.kuhling@painehamblen.com
greg.hesler@painehamblen.com
Attorneys for Defendants

NOTICE OF PRESENTMENT WAIVED:

LUKINS & ANNIS, P.S.

By:   /s/ WILLIAM D. HYSLOP
William D. Hyslop, WSBA No. 11256
717 West Sprague Avenue, Suite 1600
Spokane, Washington 99201
Telephone:  509-455-9555
Facsimile:  509-747-2323
whyslop@lukins.com
Attorneys for Plaintiffs

podocs\36994\00001\PLEAD\00839804.DOC